THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company, and THE CHARTER OAK FIRE INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiffs,<br>v.<br><br>H.D. FOWLER COMPANY, a Washington corporation, and KIEWIT INFRASTRUCTURE WEST CO., a Delaware corporation,<br><br>Defendants. | CASE NO. C19-1050-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' scheduling stipulation and proposed order (Dkt. No. 19). The Court hereby ORDERS that:

1. Plaintiffs must stay discovery until the Court rules on Defendants' motion for protective order (Dkt. No. 17), which notes on October 25, 2019;

2. No further discovery may be served until Plaintiffs are able to conduct the discovery that they have already sought or until the Court enters a protective order precluding Plaintiffs'

MINUTE ORDER
C19-1050-JCC
PAGE - 1

discovery;

3. Briefing on the pending motion for summary judgment (Dkt. No. 13) is suspended; and

4. The briefing schedule for the summary judgment motion is as follows:

- If the Court grants the motion for protective order, Plaintiffs' opposition to the motion for summary judgment will be due 10 business days after the date of the Court's order. Defendants' reply will be due 5 business days later. The due date for Defendants' reply will become the noting date for the summary judgment motion.

- If the Court denies the motion for protective order, Defendants will provide Plaintiffs with proposed deposition dates within 5 business days of the Court's order. The parties will confer and agree to a mutually convenient date for the deposition. Plaintiffs' opposition to the motion for summary judgment will be due 10 business days after the date of the deposition. Defendants' reply will be due 5 business days later. The due date for Defendants' reply will become the noting date for the summary judgment motion.

DATED this 22nd day of October 2019.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk